## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## FT. LEAVENWORTH

CASE NO. __08PO7215__          NAME __UNITED STATES v. ERIN R LIESMAN__
                                   ___Petition  ___Information  _X_ Violation Notice

PROCEEDING ON DATE: __14 JANUARY 2009__

**APPEARANCES**                          Counter _____1 MIN_____

   Government:
      _x_ JUSTIN BARNES                                          **FILED**

   Defendant: ___ IN PERSON  ___In Custody/ ___On Bond/ ___Summons Issued   JAN 14 2009
      ___ BY COUNSEL _____

   **PRESIDING MAGISTRATE JUDGE:** _X_ JAMES P. O'HARA

   **CLERK:** _x_ MARILYN WARD

___ Charges explained to the defendant       ___ Defendant's constitutional rights explained

___ Defendant's financial status examined by PTS    ___ Counsel appointed

___ Waiver to be tried before Magistrate Judge   Sworn In

Interpreter Name _____

> ___ Plea - Guilty  **Count (s):** _____           ___ PSI report ordered

> ___ Plea - Not Guilty  **Count (s):** _____

> Motions to File _____
    Response(s) to Motions to be filed: _____

> Bail _____         > Motion for: _____

> Defendant found Guilty ___ **Count(s):** _____
   Fine **$0.00**  Diversion Fee **$0.00**  S.A. **$0.00**  Payment Slip Given to Defendant ___

| *Hearing 1* | *Hearing 2* | *Hearing 3* | *Hearing 4* |
|---|---|---|---|
| 10-Dec-08 | 14-Jan-09 | | |
| Judge | Judge | Judge | Judge |
| **K. GARY SEBELIUS** | **JAMES P. O'HARA** | | |
| Hearing Time | Hearing Time | Hearing Time | Hearing Time |
| **1:00 PM** | **10:00 AM** | | |
| Type of Hearing | Type of Hearing | Type of Hearing | Type of Hearing |
| **Initial** | **Initial** | | |
| Outcome | Outcome | Outcome | Outcome |
| **Continued** | **DISMISSED** | | |